Mollie L. G. EUBANKS, Appellant, v. UNITED STATES of America, Appellee.

No. 11576.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

H. M. Powell, of Birmingham, Ala., for appellant.

John D. Hill, U. S. Atty., and Gorman R. Jones, Asst. U. S. Atty., both of Birmingham, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

For failure to comply with Rule 23 of this Court, the appeal is dismissed.

PENNZOIL COMPANY, a Corporation of California, and Pennzoil Company, a corporation of Pennsylvania, Appellants, v. Harold C. HALL (trading as Clayton Oil Company), Appellee.

No. 10180.

Circuit Court of Appeals, Sixth Circuit.

Oct. 15, 1946.

John S. Powers, of Buffalo, N. Y., and Allen & Allen, of Cincinnati, Ohio, for appellant.

Robert C. McIntosh, of Cincinnati, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and the briefs and oral arguments of counsel. And it appearing that the findings of the district court are substantially supported by evidence and are not clearly erroneous, and that the conclusions of law of the district court are correct, the judgment below is affirmed.

Max N. KOHLER and Mrs. Max N. Kohler, Appellants, v. J. B. JACOBS and National Linen Service Corporation, Appellees.

No. 11680.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Sidney G. Roos, of New Orleans, La., for appellants.

Max F. Goldstein, Herbert J. Haas, and Joseph F. Haas, all of Atlanta, Ga., for appellees.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.

A. R. TARPLEY, Jr., Doing Business as Dixie Sales Company, Appellant, v. Paul A. PORTER, Administrator, Office of Price Administration, Appellee.

No. 11720.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Lawrence Dumas, Jr., of Birmingham, Ala., for appellant.

David London, Director, Litigation Division, O.P.A., and Albert M. Dreyer, Chief, Appellate Branch, O.P.A., both of Washington, D. C., and Edward N. Vaden, Regional Litigation Atty., O.P.A., of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.